**Order entered July 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01202-CR

**BRIAN GAETA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MA13-30802-N**

## ORDER

The Court **REINSTATES** the appeal.

On May 18, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) Vearneas Faggett is the court reporter who recorded the proceedings; (2) Ms. Faggett attempted to file the record through the portal on June 23, 2015, but it did not transmit; (3) Ms. Faggett again attempted to file the reporter's record on July 13, 2015, but it was rejected by this Court as incomplete because it was missing exhibits; and (4) Ms. Faggett would again transmit the reporter's record to this Court.

We **ORDER** court reporter Vearneas Faggett to file the complete reporter's record, including all exhibits admitted into evidence, within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Vearneas Faggett, now official court reporter of the Criminal District Court No. 7, and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE